IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

METHODIST HEALTHCARE SYSTEM §
OF SAN ANTONIO, LTD. L.L.P.,     §
                                 §          5:24-CV-00432-FB-RBF
            *Plaintiff*,          §
                                 §
vs.                              §
                                 §
BLUE CROSS BLUE SHIELD OF        §
ILLINOIS, A DIVISION OF HEALTH   §
CARE SERVICE CORPORATION, A      §
MUTUAL LEGAL RESERVE             §
COMPANY,  TRUSTEES OF            §
SOUTHWEST MULTI-CRAFT HEALTH
& WELFARE TRUST FUND,
SOUTHWEST SERVICE
ADMINISTRATORS, INC.,

            *Defendants*.

**ORDER IMPOSING STAY AND ADMINISTRATIVE CLOSURE**

Before the Court is the parties' Joint Motion to Stay Discovery and Pretrial Deadlines

Pending Resolution of Motion to Dismiss, Dkt. No. 20. Also before the Court is Defendant's

Motion to Dismiss, Dkt. No. 11. The District Court referred this case pursuant to Western

District of Texas Local Rule CV-72 and Appendix C. The parties' Joint Motion, Dkt. No. 20, is

**GRANTED.**

**IT IS THEREFORE ORDERED** that the initial pretrial conference scheduled for

<u>September 19, 2024</u>, is **CANCELLED.**

**IT IS FURTHER ORDERED THAT** all proceedings in this case are **STAYED** pending

further order of the Court. Moreover, given the anticipated length of the stay, the Court

concludes that this case is appropriate for administrative closure. *See CitiFinancial Corp. v.*

*Harrison*, 453 F.3d 245, 250 (5th Cir. 2006); *Mire v. Full Spectrum Lending, Inc*., 389 F.3d 163,

167 (5th Cir. 2004) (explaining how courts use this device to remove inactive cases from their

pending dockets and "[t]he effect of an administrative closure is no different from a simple

stay").

 The Clerk's office is therefore **DIRECTED** to administratively close this case pending

further order of the Court. Though administratively closed, this case will still exist on the docket

of this Court and may be reopened upon request by any party or on the Court's own motion. *See*

*Mire*, 389 F.3d at 167. In addition, the parties may file documents and motions in the case

despite the administrative closure.

 **IT IS SO ORDERED.**

 SIGNED this 12th day of September, 2024.


RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE