IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD. L.L.P., | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. SA-24-CA-00432-FB |
| BLUE CROSS BLUE SHIELD OF ILLINOIS, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, TRUSTEES OF MULTI-CRAFT HEALTH & WELFARE TRUST FUND, SOUTHWEST SERVICE ADMINISTRATORS, INC., | § | |
| *Defendants*. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Report and Recommendation of United States Magistrate Judge (ECF No. 34) concerning Defendant Blue Cross Blue Shield of Illinois' ("Defendant" or "BCBS") motion to dismiss (ECF No. 11) , along with Defendant's written objections (ECF No. 35) thereto, Plaintiff's written objections (ECF No. 36) thereto, and Defendant's response (ECf No. 37) to Plaintiff's objections.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Report and Recommendation and determine whether it is clearly erroneous or contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

On the other hand, any Report and Recommendation to which objection is made requires de novo review by the Court. Such a review means that the Court will examine the entire record, and will

make an independent assessment of the law. The Court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. United States Parole Comm'n,* 834 F.2d 419, 421 (5th Cir. 1987).

The Court has thoroughly analyzed the parties' submissions in light of the entire record. As required by Title 28 U.S.C. § 636(b)(1)(c), the Court has conducted an independent review of the entire record in this cause and has conducted a de novo review with respect to those matters raised by the objections. After due consideration, the Court concludes the objections lack merit.

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (ECF No. 34) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendant Blue Cross Blue Shield of Illinois' Motion to Dismiss (ECF No. 11) is GRANTED in PART and DENIED in PART. Specifically, the motion is GRANTED with respect to Count 1 (failure to comply with a health-benefit plan in violation of ERISA, asserted against all three Defendants) and Count III (common law breach of contract based on the alleged breach of the subscriber's health plan in the event the plan is not subject to ERISA, asserted against all three Defendants). The motion is DENIED with respect to Count II (breach of contract, asserted against only BCBS of Illinois, in connection with BCBS of Illinois' alleged failure to comply with the terms of the agreement between BCBS of Texas and Plaintiff that Plaintiff alleges is binding upon BCBS of Illinois), and Plaintiff is GRANTED leave to amend its pleadings as to that claim.

It is so ORDERED.

SIGNED this 21st day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE